THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO RIVERA, Appellant.

Submitted May 12, 2014; decided June 5, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASAUN SANDERS, Also Known as BOO CRACKS, Appellant.

Submitted May 28, 2014; decided June 5, 2014

Motion to dismiss appeal denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAKIM B. SCOTT, Appellant.

Submitted May 19, 2014; decided June 5, 2014

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD S. WRIGHT, Appellant.

Submitted May 12, 2014; decided June 5, 2014

Motion for assignment of counsel granted and David M. Kaplan, Esq., 2129 Five Mile Line Road, Penfield, New York 14526 assigned as counsel to the appellant on the appeal herein.